7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In Re:** Charles David Cramer and Amy Elizabeth Cramer<br>**Debtor** | **Bankruptcy Case No.**<br>14−41649−can7 |
| **Eckity Capital Markets, LLC**<br>    Plaintiff(s) | **Adversary Case No.**<br>14−04100−can |
| v. | |
| **Charles David Cramer**<br>    Defendant(s) | |

## JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: AND DECREED that this Stipulated Order of Judgment is to be entered in the above−referenced matter, and the terms set out herein are the findings and conclusions of the Court, specifically including the conditional nature of the Order.



                                         Ann Thompson
                                         Court Executive

                                         By: /s/ Jamie McAdams
                                                 Deputy Clerk

Date of issuance: 4/20/15

Court to serve